AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

MIDDLE DISTRICT OF ALABAMA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

An Express Mail package addressed to:
Annie Severson
614 Virginia Drive
Dothan, AL 36301 bearing label
EA 749883566CN

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER: 1:07 mj 1-SRW

I, _____ J. D. Tynan _____ being duly sworn depose and say:

I am a(n) _____ United States Postal Inspector _____ and have reason to believe
         Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

An express mail package addressed to Annie Severson, 614 Virginia Drive, Dothan, AL 36301 with the return address of Wan Ren, Guanghua, No. 2 Tiuhua Road, Wu Hu, China 241000 bearing label EA749883566CN.

in the _____ Middle _____ District of _____ Alabama _____
there is now concealed a certain person or property, namely (describe the person or property)

controlled substances

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

contraband, the fruits of a crime or thing otherwise criminally possessed,

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and 843(b) _____
The facts to support the issuance of a Search Warrant are as follows:

See attached Affidavit

Continued on the attached sheet and made a part hereof.    ☒ Yes    ☐ No

_____ J. D. T. _____
Signature of Affiant

Sworn to before me, and subscribed in my presence

DECEMBER 20, 2006                                    at    MONTGOMERY, ALABAMA
Date                                                        City and State

SUSAN R. WALKER
UNITED STATES MAGISTRATE JUDGE                              _____ signature _____
Name and Title of Judicial Officer                          Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

The undersigned, being duly sworn on oath, deposes and says:

1. I, James D. Tynan, have been a United States Postal Inspector since April 2002. I am currently assigned to the U.S. Postal Inspection Service Office in Montgomery, AL. I investigate incidents where the United States Mails are used for the purpose of transporting non-mailable matter, including controlled substances such as marijuana, cocaine, heroin, and steroids in violation of Title 21, United States Code, Sections 841(a)(1) and 843(b), and substances mailed in violation of Title 18, United States Code, Section 1716. The following information has been obtained by me personally or has been provided to me by other law enforcement officers and postal employees.

2. Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to transmit controlled substances and proceeds from the sale of controlled substances through the U.S. Mails. This request was made based on information provided to me beginning on November 30, 2006, from Manager, Charles Hayes, Dothan, AL. Hayes advised me that he had a number of Express Mail packages were mailed from China and addressed to separate names at least four different addresses in the Dothan area. Hayes reported that one of the individuals to whom three of the packages were addressed to was Greg Severson and another one was addressed to a James Severson. My investigation revealed that Greg Severson is suspected by local law enforcement to be involved in the drug arena.

3. I asked Hayes to put a watch on the address and contact me if any additional parcels arrived. On December 4, 2006, I spoke with Hayes who stated that he had a parcel addressed to Annie Severson, 614, Virginia Drive, Dothan, AL 36301. Hayes reported that Greg Severson told a letter carrier that he had opened a shoe store in downtown Dothan, AL. On December 15, 2006, I asked Hayes to send the parcel to me for further investigation.

4. On December 18, 2006, I received one package from Manager Hayes. The package is further described as follows:

      a. Express Mail No.:    EA 749883566 CN

      b. Mailing Date:    November 27, 2006

      c. Addressed to:    Annie Severson

|   |   |
|---|---|
|   | 614 Virginia Drive<br>Dothan, AL 36301, USA |
| d. Return Address: | Wan Ren<br>Guanghua<br>No. 2 Tiuhua Road<br>Wu Hu, China 241000 |
| e. Class of Mail: | International Express Mail |
| f. Postage Affixed: | Y 619 |
| g. Size: | Approx. 13" X 9" X 9 1/2 " |
| h. Weight: | Approx. 5 lbs 10 oz. |
| i. Wrapping: | One cardboard box with brown tape |

5. On December 19, 2006, trained narcotics dog handler F. Aponte and his narcotics detector dog "Pyro" conducted an exterior inspection of the above-described package, the dog alerted, indicating the package contained the scent of controlled substances. At this time I took possession of the parcel.

6. I have been advised of the qualifications of the dog handler and his narcotics detector dog, which is more fully described in Attachment "A", which is filed in conjunction herewith and incorporated by reference herein.

7. On December 20, 2006, I spoke with the mail carrier for 614 Virginia Drive, Dothan, AL 36301. Neither the carrier, nor myself, are aware of any legitimate business operating out of the aforementioned address. As a note, businesses will typically type their return labels; this label was hand written. Based on my training and experience drug traffickers will often utilize the U. S. Express Mail because of overnight delivery with tracking capabilities.

8. Based on my training and experience and the facts set forth in this affidavit, I submit there is probable cause to believe that controlled substances are being concealed in the afore-mentioned mail article which is described in paragraph 4, and seeks the issuance of a search warrant directing the search of said package, the seizure of said mail article, any controlled substance(s) contained therein, and any enclosed materials relating to the distribution of controlled substances.

2

9. The package has been maintained unopened in the custody of U. S. Postal Inspectors pending application for a search warrant.

_____
J. D. Tynan
Postal Inspector

Sworn to and subscribed before me this
20th day of October, 2006, at
Montgomery, AL.

_____
Susan R. Walker
United States Magistrate Judge

3

**Attachment "A"**

"Pyro" is a male Belgium Malinois, approximately four years old and has been working as a narcotics detector dog since approximately May 1, 2003. He was trained and certified by Montgomery County Sheriff's Office Trainer Thomas D. Davis, K-9 Deputy, Montgomery County Sheriff's Office, Montgomery, Alabama. "Pyro" is certified to detect cocaine, crack, heroin, methamphetamine, and marijuana. He has successfully alerted approximately 17 times.

K-9 Investigator Francisco M. Aponte has been a canine officer with the Montgomery Housing Authority since May 2003, and a law enforcement officer since approximately 1998. He has worked a narcotics detector dog since January 2002, and has worked "Pyro" since approximately May 2003.

I have used "Pyro" for the majority of the drug packages I have worked. I am not aware that "Pyro" has had any false alerts. "Pyro" is the dog that I normally use and each package I have applied for a search that he has alerted on has contained controlled substances.       JDT  12/20/06